JS-6

MISHCON DE REYA NEW YORK LLP
Mark S. Raskin, (*Pro Hac Vice*)
Email: mark.raskin@mishcon.com
750 7th Avenue, 26th Floor
New York, New York 10019
Telephone: 212.612.3270
Facsimile: 212.612.3297

RUSS AUGUST & KABAT
Marc A. Fenster, State Bar No. 181067
Email: mfenster@raklaw.com
Irene Y. Lee, State Bar No. 213625
Email: ilee@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: 310.826.7474
Facsimile: 310.826.6991

Attorneys for Plaintiff
McRO, Inc., d.b.a. Planet Blue

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| McRO, Inc., d.b.a. Planet Blue,<br><br>Plaintiff,<br><br>v.<br><br>Deep Silver, Inc. and Koch Media GmbH,<br><br>Defendants. | CASE No.:<br>**SACV 13-1871-GW(FFMx)**<br><br>**ORDER GRANTING STIPULATION AND JOINT MOTION TO DISMISS**<br><br>**Honorable George H. Wu** |

PROPOSED ORDER GRANTING STIPULATION AND JOINT MOTION TO DISMISS

The Court, having considered the Parties Joint Motion to Dismiss, hereby ORDERS as follows:

(1) All claims at issue here between Planet Blue and Defendants, including all claims presented by Planet Blue's Complaint, shall be dismissed without prejudice; and

(2) Planet Blue and Defendants each shall bear their own costs and attorneys' fees.

DATED: February 14, 2014     _____
                             GEORGE H. WU
                             UNITED STATES DISTRICT JUDGE

2
PROPOSED ORDER GRANTING STIPULATION AND JOINT MOTION TO DISMISS